**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Uchechi Ujoumunna,

Plaintiff,

v.

Unknown Party, et al.,

Defendants.

No. CV-25-04185-PHX-SHD

**ORDER**

On October 22, 2026, Plaintiff Uchechi Ujoumunna filed a Motion to Reopen Case and Request for Relief Regarding Service of UnitedHealth Group Incorporated, ("Motion"), (Doc. 26). I construe the Motion as a motion for reconsideration of my dismissal order under LRCiv 7.2(g). I have discretion in determining whether to grant a reconsideration request. *See Navajo Nation v. Confederated Tribes & Bands of the Yakama Indian Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003). The grounds for reconsideration are set forth in Local Rule 7.2(g) which provides: "The Court will ordinarily deny a motion for reconsideration of an Order absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence." LRCiv 7.2(g); *cf. School Dist. No. 1J, Multnomah Cnty. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993) (reconsideration is appropriate under Rule 59(e) if the movant demonstrates clear error, manifest injustice, newly discovered evidence, or an intervening change in controlling law, and is appropriate under Rule 60(b) if the movant shows "(1) mistake, surprise, or excusable neglect; (2) newly discovered evidence;

(3) fraud; (4) a void judgment; (5) a satisfied or discharged judgment; or (6) 'extraordinary circumstances' which would justify relief").

Plaintiff has satisfied none of the requirements of LRCiv 7.2(g). He does not identify any manifest error in the dismissal order. (*See generally* Doc 26.) He does assert one new factual assertion, that he has been very ill and is being cared for by his sister, (*id.* at 1). But that assertion is not supported by any evidence and, in any event, could have been brought to my attention in Plaintiff's earlier requests for extension to serve—which were filed in response to an Order to Show Cause (Doc. 22)—but was not. (*See* Docs. 23, 24). Therefore, reconsideration is not warranted.

**IT IS ORDERED** that the Motion to Reopen Case and Request for Relief Regarding Service of UnitedHealth Group Incorporated (Doc. 26) is **denied**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment in this case.

Dated this 27th day of October, 2026.

Honorable Sharad H. Desai
United States District Judge